\*\*E-filed 6/1/05\*\*

JACK B. McCOWAN, JR. (SBN: 62056)
LINDA L. NUSSER (SBN: 132154)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

MICHAEL L. O'DONNELL *(admitted pro hac vice)*
JAMES E. HOOPER *(admitted pro hac vice)*
WHEELER TRIGG & KENNEDY, P.C.
1801 California Street, Suite 3600
Denver, CO 80202
Telephone: (303) 292-2525
Facsimile: (303) 294-1879
Telephone: 303-292-2525
Facsimile: 303-294-1879

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROL PENGRA, individually and as successor in interest to ROBERT LOUIS PENGRA, deceased,<br><br>Plaintiff,<br><br>v.<br><br>ENDOVASCULAR TECHNOLOGIES, INC., GUIDANT CORPORATION; ADVANCED CARDIOVASCULAR SYSTEMS, INC., and ORIGIN MEDSYSTEMS, INC.,<br><br>Defendants. | CASE NO. C 03-02797 JF<br><br>**STIPULATION OF DISMISSAL AND (PROPOSED) ORDER THEREON** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).

4  Dated: ~~March~~ May 5, 2005                    ALEXANDER, HAWES & AUDET, LLP

6,7  _____          _____
     Plaintiff CAROL PENGRA                    JOSEPH RUSSELL
                                               Attorneys for Plaintiff

10,11 Dated: ~~March~~ May 18, 2005             GORDON & REES LLP

12,13 _____          _____
      Defendants GUIDANT CORPORATION            JACK B. McCOWAN, JR.
      ENDOVASCULAR TECHNOLOGIES,                Attorneys for Defendants
      INC.; ADVANCED CARDIOVASCULAR
      and ORIGIN MEDSYSTEMS, INC.

IT IS SO ORDERED.
6/1/05

Dated: March ___, 2005

/s/electronic signature authorized
_____
Judge Jeremy Fogel
United States District Court